**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| PAUL C. KRAFT AND LINDA E. KRAFT JTWROS, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-09398-VEC |
| Plaintiff, | CLASS ACTION |
| vs. | |
| THIRD COAST MIDSTREAM, LLC f/k/a/ AMERICAN MIDSTREAM PARTNERS, LP, ARCLIGHT CAPITAL PARTNERS, LLC STEPHEN W. BERGSTROM, JOHN F. ERHARD, DANIEL R. REVERS, JOSEPH W. SUTTON, and LUCIUS H. TAYLOR | |
| Defendants. | |

---

**NOTICE OF MOTION OF PAUL C. KRAFT AND LINDA E. KRAFT JTWROS
AND RANDALL DOBLER FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiff Paul C. Kraft and Linda E. Kraft JTWROS and Randall Dobler (together, the "American Midstream Investor Group"), will move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), on a date and at such time as may be designated by the Court, at the Thurgood Marshall United States Courthouse, Courtroom 443, 40 Foley Square, New York, New York 10007, for the entry of an Order: (i) appointing the American Midstream Investor Group as Lead Plaintiff; (ii) approving the American Midstream Investor Group's selection of Labaton Sucharow LLP as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

DATED:  December 9, 2019                    Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
David J. Schwartz
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
ckeller@labaton.com
dschwartz@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

2

*Attorneys for Proposed Lead Plaintiff Paul C. Kraft and Linda E. Kraft JTWROS and Randall Dobler, and Proposed Lead Counsel for the Class*

2