**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| | : | |
| PAUL C. KRAFT AND LINDA E. KRAFT | : | Case No. 1:19-cv-09398-VEC |
| JTWROS, Individually and on Behalf of All | : | |
| Others Similarly Situated, | : | CLASS ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| THIRD COAST MIDSTREAM, LLC f/k/a/ | : | |
| AMERICAN MIDSTREAM PARTNERS, LP, | : | |
| ARCLIGHT CAPITAL PARTNERS, LLC | : | |
| STEPHEN W. BERGSTROM, JOHN F. | : | |
| ERHARD, DANIEL R. REVERS, JOSEPH W. | : | |
| SUTTON, and LUCIUS H. TAYLOR | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | x | |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF**
**MOTION OF PAUL C. KRAFT AND LINDA E. KRAFT JTWROS**
**AND RANDALL DOBLER FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am Of Counsel at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class. I submit this declaration in support of the motion filed by proposed Lead Plaintiff Paul C. Kraft and Linda E. Kraft JTWROS and Randall Dobler (together, the "American Midstream Investor Group") for the entry of an Order: (i) appointing the American Midstream Investor Group as Lead Plaintiff; (ii) approving the American Midstream Investor Group's selection of Labaton Sucharow as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:    Signed Certifications of Paul C. Kraft and Linda E. Kraft JTWROS and Randall Dobler, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:    Loss analysis for the American Midstream Investor Group;

EXHIBIT C:    Notice of pendency of *Paul C. Kraft and Linda E. Kraft JTWROS v. Third Coast Midstream, LLC f/k/a American Midstream Partners, LP*, No. 19-cv-09398 (S.D.N.Y.), published on October 10, 2019;

EXHIBIT D:    Joint Declaration of the American Midstream Investor Group;

EXHIBIT E:    Order re: Proposed Lead Plaintiffs, *Desilvio v. Lion Biotechnologies, Inc.*, No. 17-cv-02086 (N.D. Cal. July 7, 2017), ECF No. 35; and

EXHIBIT F:    Firm Resume of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  December 9, 2019                         Respectfully submitted,

                                                                    */s/ Francis P. McConville*

**LABATON SUCHAROW LLP**
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
fmcconville@labaton

2