# Exhibit A

## CERTIFICATION

I, Paul Kraft, on behalf of the Paul C. Kraft and Linda E. Kraft JTWROS, hereby certify as follows:

1.    In my capacity as co-owner of Paul C. Kraft and Linda E. Kraft JTWROS, I am personally authorized to enter into and execute this certification on behalf of Paul C. Kraft and Linda E. Kraft JTWROS ("Kraft").

2.    I have reviewed a complaint prepared against American Midstream Partners, LP. ("American Midstream") alleging violations of the federal securities laws and authorize its filing;

3.    Kraft did not transact in common units of American Midstream at the direction of counsel or in order to participate in any private action under the federal securities laws;

4.    Kraft is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

5.    Kraft's transactions in American Midstream common units during the Class Period are reflected in Exhibit A, attached hereto;

6.    Kraft has not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

7.    Beyond its pro rata share of any recovery, Kraft will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this        day of September, 2019.

_Paul Kraft_                        9/9/19
Paul Kraft
Authorized Signatory
_Paul C. Kraft and Linda E. Kraft JTWROS_

## EXHIBIT A

### TRANSACTIONS IN AMERICAN MIDSTREAM PARTNERS LP.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sale | 07/27/18 | -3,000.00 | $8.70 | $26,100.00 |
| Sale | 12/31/18 | -3,000.00 | $3.81 | $11,418.00 |

3

## CERTIFICATION

I, Randall Dobler, hereby certify as follows:

1. I have reviewed a complaint filed against American Midstream Partners, LP ("American Midstream") alleging violations of the federal securities laws. I authorize the filing of this motion for appointment as lead plaintiff;

2. I did not transact in the common units of American Midstream at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. My transactions in American Midstream common units are reflected in Exhibit A attached hereto;

5. I have not sought to serve as a lead plaintiff and/or representative party in any class action filed under the federal securities laws during the last three years;

6. Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 29 day of October, 2019.

_____
Randall Dobler

## EXHIBIT A

### TRANSACTIONS IN AMERICAN MIDSTREAM PARTNERS LP

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sell | 07/30/18 | -5,000.00 | $6.25 | $31,242.04 |

2