# Exhibit B

**LOSS ANALYSIS**
**Class Period: 7/27/2018 to 7/23/2019**

**THIRD COAST MIDSTREAM, LLC (f/k/a American Midstream Partners, LP)**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| AMID | 02752P100 | B68LFN4 | US02752P1003 |

**Paul C. Kraft and Linda E. Kraft JTWROS**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Open | 7/27/2018 | 6,000 | | |
| None | | 0 | | |
| *Class Period purchases:* | | *0* | | |
| Sale | 7/27/2018 | -3,000 | $8.70 | $26,100.00 |
| Sale | 12/31/2018 | -3,000 | $3.81 | $11,418.00 |
| *Class Period sales:* | | *-6,000* | | |

**Randall Dobler**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Open | 7/27/2018 | 5,000 | | |
| None | | 0 | | |
| *Class Period purchases:* | | *0* | | |
| Sell | 7/30/2018 | -5,000 | $6.25 | $31,242.04 |
| *Class Period sales:* | | *-5,000* | | |

| Total Shares Sold: | | -11,000 | | |
|---|---|---|---|---|