**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL C. KRAFT and LINDA E. KRAFT JTWROS and RANDALL DOBLER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THIRD COAST MIDSTREAM, LLC f/k/a AMERICAN MIDSTREAM PARTNERS, LP, AMERICAN MIDSTREAM GP, LLC, ARCLIGHT CAPITAL PARTNERS, LLC, STEPHEN W. BERGSTROM, LYNN L. BOURDON III, JOHN F. ERHARD, ERIC T. KALAMARAS, DANIEL R. REVERS, JOSEPH W. SUTTON, and LUCIUS H. TAYLOR, <br><br> Defendants. | Case No.: 1:19-cv-09398-LJL <br><br> ECF Case |

**DECLARATION OF STEFAN H. ATKINSON IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Stefan H. Atkinson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am a partner of the law firm Kirkland & Ellis LLP, counsel for Defendants Third Coast Midstream, LLC, American Midstream GP, LLC, ArcLight Capital Partners, LLC, Stephen W. Bergstrom, Lynn L. Bourdon III, John F. Erhard, Eric T. Kalamaras, Daniel R. Revers, Joseph W. Sutton, and Lucius H. Taylor in the above-captioned action. I submit this Declaration in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

1. Attached hereto as **Exhibit 1** is a true and correct copy of American Midstream, LP's Definitive Information Statement Relating to Merger or Acquisition, dated July 3, 2019.

2.      Attached hereto as **Exhibit 2** is a true and correct copy of American Midstream Partners, LP's press release titled *American Midstream Announces Revised Capital Allocation Strategy and Second Quarter Common Unit Distribution*, dated July 27, 2018.

3.      Attached hereto as **Exhibit 3** is a true and correct copy of a Form 8-K filed by American Midstream Partners, LP, dated December 31, 2018.

4.      Attached hereto as **Exhibit 4** is a true and correct copy of a Schedule 13D filed by American Midstream Partners, LP, dated August 17, 2018.

5.      Attached hereto as **Exhibit 5** is a true and correct copy of American Midstream Partners LP's press release titled *American Midstream Receives Buyout Offer from ArcLight*, dated September 28, 2018.

6.      Attached hereto as **Exhibit 6** is a true and correct copy of a Form 10-K filed by American Midstream Partners, LP, dated April 9, 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:  New York, New York
             April 20, 2020

                                        */s/ Stefan H. Atkinson*
                                        Stefan H. Atkinson, P.C.