# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

Stefan Atkinson, P.C.
To Call Writer Directly:
+1 212 446 4803
stefan.atkinson@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

February 10, 2021

**VIA ECF**

The Honorable Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
Courtroom 15C
500 Pearl Street
New York, NY 10007-1312

Re:  *Paul C. Kraft, et al.* v. *Third Coast Midstream, et al.*,
Case No. 19-cv-9398

Dear Judge Liman:

I write on behalf of Defendants in response to the Court's Order of February 8, 2021 (Dkt. #51), directing Defendants to file a copy of the preliminary information statement dated April 24, 2019 that is quoted in the Amended Complaint (Dkt. #32) and to indicate whether there are any differences between that document and the final information statement dated June 26, 2019 (Dkt. #47-1).

Enclosed as Exhibit A is the preliminary information statement dated April 24, 2019. Enclosed as Exhibit B is a redline comparing Exhibit A to the final information statement that Defendants filed with the Court (Dkt. #47-1).  We direct the Court's attention in particular to ECF pages 27 to 42 of Exhibit B, which show the differences between the Background of the Merger sections of the two documents.  We apologize for any confusion that our submission of the final information statement may have caused.

The Court's Order also invited either party to file any other relevant documents incorporated by reference in the Amended Complaint to which they wish to draw the Court's attention.  Enclosed as Exhibit C is the Fifth Amended and Restated Agreement of the Limited Partnership of American Midstream Partners, LP, dated April 25, 2016.  This document is cited and referenced throughout the Amended Complaint.  (*E.g.,* Dkt. #32 ¶¶ 3, 27, 52, 53, 54, 57, 58, 60, 63, 149.)  Finally, we enclose as Exhibits D, E, F, and G the Partnership's earnings call transcripts for the third quarter of 2017 (cited at Dkt. #32 ¶ 64), the fourth quarter of 2017 (cited

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.

## KIRKLAND & ELLIS LLP

The Honorable Lewis J. Liman
February 10, 2021
Page 2

at Dkt. #32 ¶¶ 65-72), the first quarter of 2018 (cited at Dkt. #32 ¶ 74-83), and the second quarter of 2018 (cited at Dkt. #32 ¶¶ 88-89), respectively.

We look forward to speaking with the Court and Plaintiff's counsel tomorrow.

Respectfully,

Stefan Atkinson, P.C.

Enclosures