**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PAUL C. KRAFT, et al.,

                    Plaintiffs,

-against-                           19 **CIVIL** 9398 (LJL)

                                            **JUDGMENT**

THIRD COAST MIDSTREAM, et al.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 8, 2021, the motion to dismiss is granted, and the Amended Complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

      April 8, 2021

                                                  **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                              **BY:**
                                                      **Deputy Clerk**